UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>MR. SMOKES ONE, INC d/b/a MR SMOKES and GAYANE HAYKYAN,<br><br>      Defendants, | No. 2:24-cv-01187-DDP-MAAx<br><br>**ORDER ON MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |

    The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Default Judgment against the Defendants, MR. SMOKES ONE, INC d/b/a MR SMOKES and GAYANE HAYKYAN. Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

    THE COURT HEREBY FINDS THAT the Plaintiff filed its Complaint on February 12, 2024 [DE 1]. The Defendants have failed to respond to the Complaint or otherwise appear in this instant action. A Clerk's default was entered against the Defendants MR. SMOKES ONE, INC d/b/a MR SMOKES and GAYANE HAYKYAN, on May 16, 2024, [DE 14].

1     IT IS THEREBY ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Judgment against the Defendants Pursuant to F.R.F.P. 55(b) is hereby GRANTED.

    IT IS SO ORDERED.

DATED: June 24, 2024

_____
United States District Court Judge